**Thomas W. CODER, Petitioner–Appellant,**

v.

**Terry O'BRIEN, Warden, Respondent–Appellee,**

and

**Secretary of the Army, Respondent.**

No. 10–7140.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 10, 2010.

Decided: Dec. 27, 2010.

Thomas W. Coder, Appellant Pro Se. Thomas Linn Eckert, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas W. Coder appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Coder v. O'Brien,* 719 F.Supp.2d 655 (W.D.Va.2010). We deny Coder's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*